| | |
|---|---|
| **TOGUT, SEGAL & SEGAL LLP**<br>Frank A. Oswald<br>Brian F. Moore<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* | Hearing Date: October 6, 2022 at 11:00 A.M. (ET) |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PARETEUM CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No.: 22-10615 (LGB)<br>(Jointly Administered)<br><br>**Related Docket Nos. 268, 270, 285, 286 and 296** |

### NOTICE OF FILING OF SOLICITATION VERSION OF THE MODIFIED CHAPTER 11 PLAN OF LIQUIDATION FOR PARETEUM CORPORATION AND CERTAIN OF ITS AFFILIATES

**PLEASE TAKE NOTICE** that on May 15, 2022 (the "Petition Date"), Pareteum Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Pareteum Corporation (7538); Pareteum North America Corp. (f/k/a Elephant Talk North America Corp.) (9623); Devicescape Holdings, Inc. (2909); iPass, Inc. (4598); iPass IP LLC (2550); Pareteum Europe B.V.; Artilium Group Ltd. (f/k/a Artilium PLC); Pareteum Asia Pte. Ltd.; and Pareteum N.V. (f/k/a Artilium N.V.). The mailing address of the Debtors, solely for the purposes of notices and communications, is c/o Saccullo Business Consulting, LLC, 27 Crimson King Drive, Bear, DE 19701.

**PLEASE TAKE FURTHER NOTICE** that on August 4, 2022, the Debtors' filed their *Chapter 11 Plan of Liquidation for Pareteum Corporation and Certain of its Affiliates* [Docket No. 268] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on August 17, 2022, the Debtors filed the *Modified Chapter 11 Plan of Liquidation for Pareteum Corporation and Certain of its Affiliates* [Docket No. 285] (the "Modified Plan").

**PLEASE TAKE FURTHER NOTICE** that on August 22, 2022, the Bankruptcy Court entered the *Order (I) Approving Certain Key Dates Relating to Confirmation of the Debtors' Plan, Including Scheduling a Combined Hearing to Consider Approval of Debtors' Disclosure Statement and Plan; (II) Approving the Form and Manner of Combined Hearing Notice; (III) Approving Debtors' Disclosure Statement on a Provisional Basis; (IV) Approving (A) Procedures for Solicitation, (B) Forms of Ballots, (C) Procedures for Tabulation of Votes; and (D) Procedures for Objections; and (V) Establishing a Bar Date for Filing Administrative Claims Arising from the Petition Date Through and Including August 31, 2022* (the "Procedures Order") [Docket No. 296].

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file (a) a *Solicitation Version of the Modified Chapter 11 Plan of Liquidation for Pareteum Corporation and Certain of its Affiliates* (the "Solicitation Version of the Plan"), attached hereto as Exhibit "A", to incorporate certain changes, and (b) a redline of the Solicitation Version of the Plan, attached hereto as Exhibit "B", showing the changes to the Modified Plan.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Solicitation Version of the Plan and approval of the related disclosure statement on a final basis is scheduled for October 6, 2022, at 11:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that copies of the Solicitation Version of the Plan and the related disclosure statement can be viewed and/or obtained

by (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtors' chapter 11 cases at http://www.kccllc.net/pareteum, or (iii) by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York.  Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

DATED: August 22, 2022
        New York, New York

        PARETEUM CORPORATION, *ET AL.*
*Debtors and Debtors in Possession*
*By their Counsel*
TOGUT, SEGAL & SEGAL LLP,
By:

/s/ Brian F. Moore
FRANK A. OSWALD
BRIAN F. MOORE
One Penn Plaza, Suite 3335
New York, New York 10119
Tel:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  frankoswald@teamtogut.com
       bmoore@teamtogut.com