**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re PARETEUM CORPORATION, et al.,[1]<br><br>Debtors., | Chapter No. 11<br><br>Case No.: 22-10615 (LGB)<br><br>(Joint Administration Requested) |

**MOTION TO WITHDRAW NOTICE OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

Please take notice that Perkins Coie LLP ("Perkins Coie" or the "Firm"), Sara L. Chenetz and Kathleen Allare, attorneys with Perkins Coie, hereby move to withdraw their appearance in the above-captioned cases as counsel to WeFi, LLC ("WeFi") pursuant to Local Bankruptcy Rule 2090-1(e). Additionally, Ms. Chenetz and Ms. Allare request that they be removed from electronic or other service lists in these cases. In support thereof, counsel respectfully state as follows:

1. These voluntary chapter 11 cases were filed on May 15, 2022.

2. Perkins Coie filed a Notice of Appearance on behalf of WeFi in these cases (Doc. No. 56) on May 25, 2022.

3. On behalf of WeFi, the Firm filed a single pleading in these cases, specifically the *Limited Objection and Reservation of Rights of WeFi, LLC to Debtor's Motion for Entry of Bidding Procedures Order and Related Relief*, (the "Limited Objection") (Doc. No. 57). The Limited Objection states that WeFi was "considering making a bid to acquire certain of the Debtors' assets…". The issues raised in the Limited Objection were consensually resolved in advance of the hearing on approval of the Debtor's proposed bidding procedures.

4. A sale of substantially all of the Debtors' assets proceeded without an auction occurring and the sale has closed. *See* Docket Number 212.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Pareteum Corporation (7538); Pareteum North America Corp. (f/k/a Elephant Talk North America Corp.) (9623); Devicescape Holdings, Inc. (2909); iPass, Inc. (4598); iPass IP LLC (2550); Pareteum Europe B.V.; Artilium Group Ltd. (f/k/a Artilium PLC); Pareteum Asia Pte. Ltd.; and Pareteum N.V. (f/k/a Artilium N.V.). he Debtors' corporate headquarters is located at 1185 Avenue of the Americas, 2nd Floor, New York, NY 10036.

158081869.2

5. Perkins Coie indicated to WeFi its intention to seek to withdraw as counsel to WeFi in these cases, via emails, including on August 5, 2022 and on August 19, 2022.

6. The Firm has diligently represented WeFi in these cases and professional considerations now lead to Perkins Coie to seek to withdraw as its counsel in these cases.

WHEREFORE, in accordance with Local Bankruptcy Rule 2090-1(e), Perkins Coie hereby moves for entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the firm's withdrawal as counsel for WeFi and removal of Ms. Chenetz and Ms. Allare from electronic and other service lists in these cases.

Dated: August 29, 2022   Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Sara L. Chenetz*
   Sara L. Chenetz, NY 1945286
   SChenetz@perkinscoie.com
   1155 Avenue of the Americas, 22nd Floor
   New York, NY 10036-2711
   Phone. (212) 262-6900
   -and-
   1888 Century Park East, Suite 1700
   Los Angeles, CA 90067
   Phone: (310) 788-9900
   Facsimile: (310) 788-3399
   -and-
   Kathleen Allare (*pro hac vice*)
   KAllare@perkinscoie.com
   110 North Wacker Drive, Suite 3400
   Chicago, Illinois 60606-1511
   Telephone: (312) 324-8400

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re PARETEUM CORPORATION, et al.,[1]<br><br>Debtors., | Chapter No. 11<br><br>Case No.: 22-10615 (LGB)<br><br>(Joint Administration Requested) |

**ORDER GRANTING MOTION TO WITHDRAW ENTRY OF APPEARANCE AND FOR REMOVAL FROM ELECTRONIC NOTICES**

Upon consideration of the Motion for Leave to Withdraw as Entry of Appearance and for Removal from Electronic Notices (the "Motion"), of Sara L. Chenetz and Kathleen Allare of Perkins Coie LLP, as counsel of record for WeFi, LLC ("WeFi"), pursuant to Local Bankruptcy Rule 2090-1(e); and upon the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED**. The appearance of Sara L. Chenetz and Kathleen Allare of Perkins Coie LLP, as counsel of record for WeFi is withdrawn and the Clerk of Courts shall terminate and remove Sara L. Chenetz and Kathleen Allare of Perkins Coie LLP from all service lists pertaining to this action.

Dated: New York, New York
       September __, 2022

_____
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Pareteum Corporation (7538); Pareteum North America Corp. (f/k/a Elephant Talk North America Corp.) (9623); Devicescape Holdings, Inc. (2909); iPass, Inc. (4598); iPass IP LLC (2550); Pareteum Europe B.V.; Artilium Group Ltd. (f/k/a Artilium PLC); Pareteum Asia Pte. Ltd.; and Pareteum N.V. (f/k/a Artilium N.V.). he Debtors' corporate headquarters is located at 1185 Avenue of the Americas, 2nd Floor, New York, NY 10036.

158108034.1