**Exhibit A – Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>PARETEUM CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case. No.: 22-10615 (LGB)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD, PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e),

THIS MATTER having been brought before the Court on *Motion for Entry of an Order, Pursuant to Local Bankruptcy Rule 2090-1(e), to Withdraw as Attorneys of record* (the "Motion") of David M. Banker, Maura I. Russell, and the law firm of Montgomery McCracken Walker & Rhoads LLP; and the Court having reviewed the Motion and considered this matter pursuant to Local Bankruptcy Rule 2090-1(e) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York; and for good cause shown; and a hearing to consider the Motion having been held before this Court on August 10, 2023 (the "Hearing"); it is hereby

**ORDERED** that the Motion of David M. Banker, Esq., Maura I. Russell, Esq., and the law firm of Montgomery McCracken Walker & Rhoads LLP to Withdraw as Attorneys of Record to Channel Ventures Group, LLC in the above-captioned bankruptcy case (the "Case") is granted; and it is further

**ORDERED** that the request for the removal of David M. Banker, Esq and Maura I. Russell, Esq. and the law firm of Montgomery McCracken Walker & Rhoads LLP on behalf of Channel Ventures Group, LLC from all service lists in the Case, including all service lists maintained by Kurtzman Carson Consultants LLC, claims agent, and the Court's ECF notification system be and is hereby granted; and it is further

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.