# EXHIBIT B

## Closing Report

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PARETEUM CORPORATION, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 22-10615 (LGB)<br><br>(Jointly Administered) |

**CLOSING REPORT IN CHAPTER 11 CASES**

To the best of my knowledge and belief, the following is a breakdown in these cases:

FEES AND EXPENSES (from inception of the cases):

| | |
|---|---|
| $2,439,720.31[2] | FEES AND EXPENSES PAID for ATTORNEYS for DEBTORS |
| $4,805,628.41[3] | OTHER PROFESSIONAL FEES and ALL EXPENSES PAID |
| $20,000.00[4] | TRUSTEE FEES PAID (if applicable) |
| $460,533.11 | FEES for ATTORNEY for TRUSTEE (if applicable) |
| 0% | DIVIDEND PAID/TO BE PAID |
| 0% | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| N/A | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |

February 23, 2026

By: */s/ Anthony M. Saccullo*
Anthony M. Saccullo, in his capacity as Liquidating Trustee for the TEUM Liquidating Trust

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Pareteum Corporation (7538); Pareteum North America Corp. (f/k/a Elephant Talk North America Corp.) (9623); Devicescape Holdings, Inc. (2909); iPass, Inc. (4598); iPass IP LLC (2550); Pareteum Europe B.V.; Artilium Group Ltd. (f/k/a Artilium PLC); Pareteum Asia Pte. Ltd.; and Pareteum N.V. (f/k/a Artilium N.V.) (collectively, the "Debtors") The mailing address of the Debtors, solely for the purposes of notices and communications, is c/o Saccullo Business Consulting, LLC, 27 Crimson King Drive, Bear, DE 19701.

[2] Togut Segal & Segal LLP, as counsel to the Debtors, has allowed and unpaid fees in the amount of $277,094.36. King & Spalding, as special counsel to the Debtors, has allowed and unpaid fees in the amount of $81,406.34. These fees will not be paid. There are no unpaid expenses of Attorneys for Debtors.

[3] Saccullo Business Consulting LLC, as Wind-Down Officer ($40,000.00) and Additional Personnel ($168,491.02), has allowed and unpaid fees aggregating to $208,491.02. Verita Global f/k/a Kurtzman Carson Consultants, LLC, the Debtors' claims and noticing agent, has allowed and unpaid fees in the amount of $129,847.82. Sidley Austin, as counsel to the Official Committee of Unsecured Creditors, has allowed and unpaid fees in the amount of $177,646.89. These fees will not be paid. There are no unpaid expenses incurred by Other Professionals.

[4] Saccullo Business Consulting LLC, as Liquidating Trustee ($370,000.00) and Additional Personnel ($441,213.82) wind-down consultant to the Liquidating Trust, has unpaid post-Effective Date fees aggregating to $811,213.82 (through January 31, 2026). A portion of these outstanding unpaid fees will be paid from any remaining residual cash, after satisfying all fees payable to the Office of the United States Trustee.