UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In re: Pareteum Corporation §
§
§
Debtor(s) §

Case No. 22-10615

Lead Case No. 22-10615

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/16/2026

Petition Date: 05/15/2022

Plan Confirmed Date: 10/07/2022

Plan Effective Date: 10/21/2022

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: TEUM Liquidating Trust
Name of Authorized Party or Entity

/s/ Krista L. Kulp
Signature of Responsible Party

03/27/2026
Date

Krista L. Kulp
Printed Name of Responsible Party

Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor, New York, NY 10019
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Pareteum Corporation Case No. 22-10615

**Part 1: Summary of Post-confirmation Transfers**

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $752,201 | $16,291,317 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $752,201 | $16,291,317 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $5,849,638 | $0 | $5,361,289 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | King & Spalding LLP | Co-Counsel | $0 | $1,374,411 | $0 | $1,293,004 |
| | ii | Togut, Segal & Segal LLP | Lead Counsel | $0 | $1,189,832 | $0 | $912,738 |
| | iii | FTI Consulting | Financial Professional | $0 | $1,553,864 | $0 | $1,553,864 |
| | iv | FTI Capital Advisors, LLC | Financial Professional | $0 | $790,000 | $0 | $790,000 |
| | v | Kurtzman Carson Consultants L | Other | $0 | $941,531 | $0 | $811,683 |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Pareteum Corporation Case No. 22-10615

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name Pareteum Corporation Case No. 22-10615

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name Pareteum Corporation Case No. 22-10615

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name Pareteum Corporation Case No. 22-10615

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Pareteum Corporation Case No. 22-10615

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $7,190,122 | $0 | $6,524,126 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $95,990 | $95,990 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report? Yes (●) No ( )

If yes, give date Final Decree was entered: 03/16/2026

If no, give date when the application for Final Decree is anticipated: ______

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes (●) No ( )

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Anthony M. Saccullo | Anthony M. Saccullo |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidating Trustee | 03/27/2026 |
| Title | Date |

Debtor's Name Pareteum Corporation Case No. 22-10615

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Pareteum Corporation Case No. 22-10615

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PARETEM CORPORATION., *et al.*[1] | Case No. 22-10615 (LGB) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING POST-CONFIRMATION REPORT FOR THE STUB PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 16, 2026**

Pareteum Corporation, Inc., together with its affiliated debtors, Pareteum North America Corp., Devicescape Holdings, Inc., iPass, Inc., iPass IP LLC, Pareteum Europe B.V., Artilium Group Ltd., Pareteum Asia PTE, and Pareteum NV (together, the "**Debtors**") in the above-captioned jointly administered case (collectively, the "**Chapter 11 Cases**") has filed the attached post-confirmation report (the "**PCR**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"). Mr. Anthony Saccullo, solely in his capacity as Liquidating Trustee (the "**Liquidating Trustee**") of the TEUM Liquidating Trust (the "**Trust**") and authorized representative of the Debtors and the Trust, prepared the PCR with the assistance of his advisors and professionals. The PCR was prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (see https://www.justice.gov/ust/chapter-11-operating-reports). The PCR should not be relied upon by any persons for any information in connection with current or future financial conditions or events relating to the Debtors, the Estates, and the Trust.

The financial information contained in the PCR is preliminary, unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America nor in accordance with other applicable non-bankruptcy law. In preparing the PCR, the Liquidating Trustee has relied on financial data from the books and records of both the Debtors and the Trust available to him at the time of such preparation, as well as certain filings on the docket in the Chapter 11 Cases. Although the Liquidating Trustee has made commercially reasonable efforts to ensure the accuracy and completeness of the PCR, inadvertent errors or omissions may exist. The Trust and the Liquidating Trustee reserve the right to amend and supplement the PCR as may be necessary or appropriate.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Pareteum Corporation (7538), Pareteum North America Corp. (9623), Devicescape Holdings, Inc. (2909), iPass Inc. (4598), iPass IP LLC (2550), Pareteum Europe B.V. (Foreign 2209), Artilium Group Ltd. (Foreign 4535), Pareteum Asia PTE (Foreign 006N), Pareteum NV (Foreign 3091). The Debtors' mailing address is c/o TEUM Liquidating Trust, c/o Saccullo Business Consulting, LLC, 27 Crimson King Drive, Bear, DE 19701.

**Part 1: Summary of Post-Confirmation Transfers**

Part 1.a. and 1.d. – Total cash disbursements – Current Quarter and Total Since Effective Date

"Total Since Effective Date" disbursement amounts reflect the application of an outstanding retainer balance held by FTI Consulting of $326,352, which resulted in full satisfaction of the remaining balance of FTI Consulting Preconfirmation Professional Fee payable.

All amounts disbursed are reflected in U.S. Dollars ("USD"), which the Debtors historically used as their reporting currency.

**Part 2: Preconfirmation Professional Fees and Expenses**

The Plan became effective of October 21, 2022 (the "Effective Date"). On the Effective Date, the Trust was created and the Liquidating Trustee was appointed in accordance with the terms of the Plan.

Part 2.a.

Amounts under "Paid Cumulative" reflect the application of an outstanding retainer balance held by FTI Consulting of $326,352, which has been treated as a disbursement in Q1 2023, resulting in FTI Consulting's Preconfirmation Professional Fees to be fully satisfied.

Part 2.b.

The Liquidating Trustee does not have information relating to any professional fees or expenses paid by the Debtors prior to the Effective Date.

Part 2.c.

The amounts under "All professional fees and expenses (debtor & committees)" include amounts paid by the Debtors to committee professionals: Sidley Austin and Alix Partners.

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

Please refer to the *Motion of Anthony M. Saccullo, In His Capacity As Liquidating Trustee For The TEUM Liquidating Trust, For Entry Of An Order Pursuant To Section 350 Of The Bankruptcy Code, Bankruptcy Rule 3022 And Local Bankruptcy Rule 3022-1, For A Final Decree (I) Closing Chapter 11 Cases And (II) Terminating Appointment Of Claims And Noticing Agent* [Docket No. 647].

**Part 4: Questionnaire**

On March 16, 2026, the Court entered the *Order, Pursuant To Section 350 Of The Bankruptcy Code, Bankruptcy Rule 3022 And Local Bankruptcy Rule 3022-1, For A Final Decree (I) Closing Chapter 11 Cases And (II) Terminating Appointment Of Claims And Noticing Agent* [Docket No. 650] (the "**Final Decree**"), and this PCR is being filed pursuant to the Final Decree.